1    HEATHER E. WILLIAMS, CA SBN #122664
      Federal Defender
2    HOPE ALLEY, CA SBN #314109
      Assistant Federal Defender
3    Office of the Federal Defender
      2300 Tulare Street, Suite 330
4    Fresno, CA  93721-2226
      Telephone: (559) 487-5561
5    Fax: (559) 487-5950

6    Attorney for Defendant
      ROBERTO ZAMUDIO AGUIRRE

7

8               IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    UNITED STATES OF AMERICA,        Case No. 6:17-mj-00027-MJS

12             Plaintiff,            **MOTION TO VACATE MARCH 20, 2018 REVIEW HEARING; ORDER**

13    vs.

14    ROBERTO ZAMUDIO AGUIRRE,

15             Defendant.

16

17       Defendant Roberto Aguirre hereby requests that the Court vacate the March 20, 2018

18    review hearing.  The Government is in agreement with the request.

19       On April 18, 2017, the Court sentenced Mr. Aguirre to 12 months of unsupervised

20    probation, with the conditions that he obey all laws and advise the Court and the Government

21    within seven days of being cited or arrested for any alleged violation of law.  The Court also

22    ordered Mr. Aguirre to pay a $850 fine within the first ten months of probation.

23       Mr. Aguirre has paid off his fine and has had no new violations of law.  Accordingly, Mr.

24    Aguirre respectfully requested that this Court vacate the March 20, 2018 review hearing.

25    //

26    //

27    //

28    //

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: March 12, 2018                    */s/ Hope Alley*
                                        HOPE ALLEY
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        ROBERTO ZAMUDIO AGUIRRE


## O R D E R

Based on the parties' joint representation that Mr. Aguirre is in compliance with the

conditions of his probation, the Court vacates the March 20, 2018 review hearing in Case No.

6:17-mj-00027-MJS.



IT IS SO ORDERED.


  Dated:   March 13, 2018              /s/ *Michael J. Seng*
                                       UNITED STATES MAGISTRATE JUDGE



.